```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                   :

ERIC HERNANDEZ,                  :

            Defendant.           :

- - - - - - - - - - - - - - - - - x
```

**ORIGINAL**

**INFORMATION**

08 ~~Cr~~ **08 CRIM. 0612**
(KMK)

## COUNT ONE

The United States Attorney charges:

1. From at least in or about May 2006 through in or about November 2007, in the Southern District of New York and elsewhere, ERIC HERNANDEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine conspire, confederate and agree together and with each other to violate the controlled substances laws of the United States.

2. It was a part and object of the conspiracy that ERIC HERNANDEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 1000 kilograms and more of a mixture and substance containing a detectable amount of marihuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal objects thereof, ERIC HERNANDEZ, the defendant, committed

the following overt act, among others, in the Southern District of New York;

    a.  On or about November 29, 2007, ERIC HERNANDEZ traveled to the vicinity of Midland Avenue, Yonkers, New York.

(Title 21, United States Code, Section 846)

                                    */s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney