# UNITED STATES DISTRICT COURT

### FOR THE

**ORIGINAL**

### SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**UNITED STATES OF AMERICA,**                    :

              v.                    :

**ERIC HERNANDEZ**                    :          08 **08 CRIM. 0612**

          Defendant.          :

------------------------------------------------------------x

**ERIC HERNANDEZ** the above-named defendant, who is accused of violating Title 21,

United States Code, Sections 812, 841(a)(1), and 841 (b)(1)(a), having been advised of the nature

of the charge and of his rights, hereby waives in open court prosecution by indictment and

consents that the proceeding may be by information instead of by indictment.

_____
               Defendant.

_____
               Counsel for Defendant.

Date:  White Plains, New York
       July 9 , 2008

